UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

v.

JOSE PERALTA GOMEZ,

Defendant.
-------------------------------------------------------X

ORDER

26-cr-307-5 (PMH)

The Court has received a recommendation pursuant to 18 U.S.C. § 3005 from Jennifer L. Brown, Attorney-in-Charge for the Federal Defenders of New York, in consultation with Mark DeMarco, Jose Peralta Gomez's lead counsel, to appoint Steven Lynch as learned capital counsel for Mr. Gomez in this case.

Full consideration having been given to Ms. Brown's recommendation, it is hereby:

ORDERED that Steven Lynch is appointed as learned counsel for Mr. Gomez in this case.

Dated: White Plains, New York
July 27, 2026

Philip M. Halpern
United States District Judge